NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CSP TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**CLARIANT CORPORATION,**
*Appellee*

---

2015-2062

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00375.

---

**JUDGMENT**

---

JOHN LLOYD ABRAMIC, Steptoe & Johnson, LLP, Chicago, IL, argued for appellant. Also represented by JAMES RICHARD NUTTALL, KATHERINE H. JOHNSON.

SEAN M. SULLIVAN, Lee Sullivan Shea & Smith LLP, Chicago, IL, argued for appellee. Also represented by JOHN DAN SMITH III; PAULA FRITSCH, PAUL HENRY BERGHOFF, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.   *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 8, 2016                   /s/ Peter R. Marksteiner
        Date                               Peter R. Marksteiner
                                              Clerk of Court